878 A.2d 784

IN THE MATTER OF ERIC M. LEVANDE, AN ATTORNEY AT LAW (ATTORNEY NO. 022081987).

August 3, 2005.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **ERIC M. LEVANDE** of **BOCA RATON, FLORIDA**, who was admitted to the bar of this State in 1987, and who was suspended from the practice of law for a period of one

year, effective May 13, 2002, by Order of this Court filed on May 13, 2002, be restored to the practice of law, effective immediately.